IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PORTIA RENA GOODE, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-00086-MSH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed February 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,949.69.

This 8th day of February, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk